UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALAN SANDERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHIME STRIDE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 21-cv-06068-TSH<br><br>**ORDER TO SHOW CAUSE** |

On August 9, 2010, the Court granted Plaintiff Eric Alan Sanders' application to proceed in forma pauperis and directed the U.S. Marshal to serve Defendant Chime Stride Bank, N.A. ECF No. 10.  However, the Court was subsequently informed that the address Sanders provided for Chime is a P.O. box, and the U.S. Marshal does not serve P.O. boxes.  ECF No. 12. Accordingly, the Court ordered Sanders to provide the correct address for service by September 3, 2021.  ECF No. 13.  No response has been received.

Accordingly, the Court **ORDERS** Plaintiff Eric Alan Sanders to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 22, 2021.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 6, 2021 at 10:00 a.m. by Zoom video conference.  The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff do(es) not intend to prosecute, and the case may be dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: September 8, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge